In the Matter of the INCORPORATED VILLAGE OF HEMPSTEAD, NASSAU COUNTY, Appellant, Relative to Acquiring Title to Real Property Situated in Said Village for Use as Parking Places. EUGENE FICHTER et al., Respondents.

Submitted November 17, 1952; decided December 4, 1952.

*C. H. Tunnicliffe Jones* and *George P. Krug* for motion.
*T. Bernard Eisenstein* and *George I. Melter* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution and is not encompassed within subdivision 2 of section 589 of the Civil Practice Act.